1130

No. 93–7241. RIVERA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–7242. ROMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7244. McCOY v. UNITED STATES; and
No. 93–7251. HAGGARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7245. PAYNE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–7250. HALL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7252. HILLIARD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7253. HERRERA-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7254. HUBER v. BORG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–7255. HARVEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7256. GEERY v. SHELLEY SCHOOL DISTRICT. Sup. Ct. Idaho. Certiorari denied.

No. 93–7257. HARRIS v. CAMPBELL, JUDGE, CIRCUIT COURT OF MISSOURI, ST. LOUIS COUNTY. Sup. Ct. Mo. Certiorari denied.

No. 93–7258. GARRETT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7259. HAMILTON v. AETNA LIFE & CASUALTY CO. C. A. 2d Cir. Certiorari denied.

No. 93–7260. GRAHAM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7261. DANIEL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.